JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Madriz, <br><br> Plaintiff, <br><br> vs. <br><br> Vaghashia Family Limited Partnership; Govind R. Vaghashia; and Does 1-10, <br><br> Defendants. | Case No. ED CV 19-1534-MWF (KKx) <br><br> Before the Honorable Michael W. Fitzgerald <br><br> **JUDGMENT FOR JOSE MADRIZ** |

Plaintiff Jose Madriz and Defendants Vaghashia Family Limited Partnership and Govind R. Vaghashia have reached a settlement in the above-entitled matter, whereby Plaintiff has accepted a Rule 68 Offer of Judgment (the "Offer") from Defendants. (Docket No. 25-1, 25-2). Specifically, on October 29, 2019, Defendants served the Offer, which called for judgment for Plaintiff, with Plaintiff's costs then accrued, as follows: (1) Defendants will pay $4,000 to Plaintiff; and (2) Defendants shall (within 90 days) identify mobility accessibility features at the hotel that do not comply with the 2010 Standards of Accessibility Design and shall, within 12 months, remove those barriers to the extent that such removal is readily achievable. (Docket No. 25-1). On November 22, 2019,

1

Plaintiff's counsel served Defendants notice that Plaintiff had accepted the Offer. (Docket No. 25-2).

Good cause having been shown and pursuant to Rule 28 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Plaintiff and against Defendants as follows:

(1) Defendants Vaghashia Family Limited Partnership and Govind R. Vaghashia shall be jointly and severally liable to Plaintiff for a total of $**4,000**, which is inclusive of Plaintiff's accrued costs; and

(2) Defendants shall (within 90 days) identify mobility accessibility features at the hotel that do not comply with the 2010 Standards of Accessibility Design and shall, within 12 months, remove those barriers to the extent that such removal is readily achievable.

The Court retains jurisdiction for the purposes of determining fees and enforcement of the terms of the judgment.

This Order **SUPERSEDES** the Court's prior Order Directing Clerk to Enter Judgment. (Docket No. 28).

DATED: January 17, 2020

MICHAEL W. FITZGERALD
United States District Judge